

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00310-CR

Shaun Ruiz **PUENTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 14-01-0040-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

 The State's brief was originally due to be filed on March 11, 2019. On February 28, 2019, the State filed a motion requesting an additional sixty (60) days to file the brief. The motion is GRANTED. **Further requests for extension of time will be disfavored**. The State's brief must be filed by May 10, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court